IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hughes, Robin D | Case Number: 08 B 30455 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 11/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 26, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,491.50 | 0.00 |
| 2. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 3. | Cavalry Portfolio Services | Unsecured | 1,905.84 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 127.23 | 0.00 |
| 5. | America's Financial Choice Inc | Unsecured | 30.72 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 39.46 | 0.00 |
| 7. | Chase Manhattan Mortgage Corp | Secured | | No Claim Filed |
| 8. | Arm Professional Service | Unsecured | | No Claim Filed |
| 9. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 10. | Credit Protection Association | Unsecured | | No Claim Filed |
| 11. | America's Financial Choice Inc | Unsecured | | No Claim Filed |
| 12. | National Credit Adjusters | Unsecured | | No Claim Filed |
| 13. | National Credit Adjusters | Unsecured | | No Claim Filed |
| 14. | National Quick Cash | Unsecured | | No Claim Filed |
| 15. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 16. | Nationwide Credit Service | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| 18. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 19. | Protocol Recovery Service | Unsecured | | No Claim Filed |
| 20. | Zip Cash | Unsecured | | No Claim Filed |
| 21. | Insta Cash | Unsecured | | No Claim Filed |
| | | | $ 5,594.75 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hughes, Robin D | Case Number:  08 B 30455 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/10/09 | Filed:  11/7/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*